Rev. 05/2024

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF WEST VIRGINIA

APRIL WILSON, and ERIN DOTSON,
individually and on behalf of all others similarly
situated,

*Plaintiff(s)*

v.

THE GREENBRIER CLINIC, INC.                          **Civil Action No.** 5:26-cv-00355

*Defendant(s)/*
*Third-Party Plaintiff(s)*

v.

*Third-Party Defendant(s)*

## DISCLOSURE STATEMENT

Pursuant to F R Civ P 7.1 or F R Crim P 12.4,    APRIL WILSON and ERIN DOTSON
                                                                                      *(name of party/intervenor)*

who are _____Plaintiffs_____    make the following disclosure:
        *(type of party (plaintiff/defendant/other)*

1.    Is the party/intervenor a publicly held corporation or other publicly held entity?

☐ Yes        ☑ No

2.    Does the party/intervenor have any parent corporations?

☐ Yes        ☑ No

If yes, identify all parent corporations:

Page 1 of 2

3.    Is 10% or more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

☐ Yes        ☑ No

If yes, identify all such owners:

4.    In a case based on diversity jurisdiction under 28 U.S.C. § 1332(a), the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor making this disclosure:

| April Wilson | West Virginia |
|---|---|
| *(individual or entity)* | *(state of citizenship)* |
| Erin Dotson | West Virginia |
| *(individual or entity)* | *(state of citizenship)* |
| The Greenbrier Clinic, Inc. | West Virginia |
| *(individual or entity)* | *(state of citizenship)* |
| | |
| *(individual or entity)* | *(state of citizenship)* |

If there are additional individuals or entities, please provide their names and states of citizenship on a separate piece of paper.

The undersigned party understands that under F R Civ P 7.1 or F R Crim P 12.4, it will promptly file a supplemental statement upon any change in the information that this statement requires.

*Date:*    May 22, 2026

*s/*Leif J. Ocheltree
*Signature of Counsel for Party*

*Name:* Leif J. Ocheltree

*State Bar No.:* West Virgina ID No. 10401

*Office:* Goldberg, Persky & White, P.C.

*Mailing Address:* 281 Three Springs Drive, Suite 285

*State/City/Zip Code:* Weirton, WV 26062

*Telephone:* (304) 723-0213

*Email:* locheltree@gpwlaw.com

Page 2 of 2